**H. H. MONTGOMERY, Superintendent of Banks, etc., v. M. JOHNSON.**

6 Div. 272.

Supreme Court of Alabama.

June 8, 1933.

Rehearing Denied June 22, 1933.

Wright, Warren & Searcy, of Tuscaloosa, for appellant.

Patton & Patton, of Carrollton, for appellee.

PER CURIAM.

This cause was submitted with the case of Pickens County v. M. Johnson et al., ante,

p. 190, 149 So. 252, and is reversed, rendered, and remanded on that authority.

Reversed, rendered, and remanded.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.